# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEN JACOBS and TIMOTHY WILLIAMS,**<br><br>Plaintiffs,<br><br>v.<br><br>**DELAWARE COUNTY DETECTIVE M. PALMER, DETECTIVE WORRILOW, UNKNOWN DELAWARE COUNTY POLICE OFFICERS, THE COUNTY OF DELAWARE, POLICE COMMISSIONER JOSEPH BAIL, CAPTAIN C. FELL, and UNKNOWN CITY OF CHESTER POLICE OFFICERS,**<br><br>Defendants. | **CIVIL ACTION**<br><br><br>**NO. 14-5797** |

## O R D E R

**AND NOW**, this 24th day of June, 2015, after consideration of Defendants Chester Police Commissioner Joseph Bail and Police Captain C. Fell's Motion to Dismiss (ECF 22), and Plaintiffs' Response (ECF 24), and Defendants' Reply (ECF 27), and after consideration of Defendants Delaware County Detective M. Palmer, Detective Worrilow, and the County of Delaware's Partial Motion to Dismiss (ECF 23) and Plaintiffs' Response (ECF 28), it is hereby **ORDERED** that both Motions to Dismiss (ECF 22 and 23) are **GRANTED** and Counts Two and Five of Plaintiffs' Complaint are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**
