IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEN JACOBS, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 14-5797 |
| | : | |
| DELAWARE COUNTY DETECTIVE M. PALMER | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 10th day of May, 2016, upon consideration of "Motion for Partial Summary Judgment of Defendant Michael Palmer Under F.R.C.P. 56" (Doc. No. 46), "Response of Plaintiffs, Ken Jacobs and Timothy Williams, to Defendants' Motion for Partial Summary Judgment" (Doc. No. 49), and "Reply Memorandum of Law on Behalf of Detective Palmer to the Response of Plaintiffs to Defendant's Motion for Partial Summary Judgment" (Doc. No. 51), **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE